JTW: 03.04.21
JCT / PM: USAO 2020R00566

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. 21-0133 |
| | * | |
| ALONTA JOHNSON, | * | (Possession of a Firearm and |
| | * | Ammunition by a Prohibited Person, |
| Defendant. | * | 18 U.S.C. § 922(g)(1); Possession with |
| | * | Intent to Distribute a Controlled |
| | * | Substance, 21 U.S.C. § 841(a); |
| | * | Possession of a Firearm in |
| | * | Furtherance of a Drug Trafficking |
| | * | Crime, 18 U.S.C. § 924(c)(1)(A); |
| | * | Forfeiture, 18 U.S.C. § 924(d), 21 |
| | * | U.S.C. § 853, 28 U.S.C. § 2461(c) |
| | * | |

*******



FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND 2021 APR 28 P 5:04 CLERK'S OFFICE AT GREENBELT BY ___

## INDICTMENT

### COUNT ONE
(Possession of a Firearm by a Prohibited Person)

The Grand Jury for the District of Maryland charges that:

On or about July 21, 2020, in the District of Maryland, the Defendant,

**ALONTA JOHNSON,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, to wit, one Ruger, model SR22P, .22 caliber semi-automatic pistol bearing serial number 36028206; and 8 cartridges of .22 caliber ammunition, and the firearm and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)

## COUNT TWO
### (Possession with the Intent to Distribute a Controlled Substance)

The Grand Jury for the District of Maryland charges that:

On or about July 21, 2020, in the District of Maryland, the Defendant,

**ALONTA JOHNSON,**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; and a mixture or substance containing a detectable amount of buprenorphine, a Schedule III Controlled Substance.

21 U.S.C. § 841(a)(1)

## COUNT THREE
### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

The Grand Jury for the District of Maryland further charges that:

On or about July 21, 2020, in the District of Maryland, the Defendant,

**ALONTA JOHNSON,**

did knowingly possess a firearm, that is, one Ruger, model SR22P, .22 caliber semi-automatic pistole bearing serial number 36028206; and 8 cartridges of .22 caliber ammunition, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with the intent to distribute cocaine and buprenorphine, as charged in Count Two of this Indictment, which is incorporated by reference herein.

18 U.S.C. § 924(c)(1)(A)

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), and the other statutes cited herein, in the event of the Defendant's conviction(s).

2. Pursuant to 21 U.S.C. § 853(a), upon conviction of an offense in violation of the Controlled Substances Act, as alleged in the Narcotics Count(s), the defendant convicted of such offense(s), shall forfeit to the United States of America:

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense(s); and

   b. any property used, or intended to be used, in any manner or part, to commit, or facilitate the commission, of such offense(s).

3. Pursuant to 18 U.S.C. § 924(d), upon conviction of an offense(s) alleged in Firearms Count(s), the Defendant convicted of such offense(s) shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in those offense(s).

4. The property to be forfeited includes, but is not limited to the following:

   a. one Ruger, model SR22P, .22 caliber semi-automatic pistole bearing serial number 36028206, and;

   b. approximately 8 cartridges of .22 caliber ammunition.

18 U.S.C. § 924(d)
21 U.S.C. § 853(a)
28 U.S.C. § 2461(c)

4

*Jonathan F. Lenzner*
Jonathan F. Lenzner
Acting United States Attorney

4/28/21
Date

SIGNATURE REDACTED
Foreperson